**Sylvester STEWART, Appellant,**

v.

**UNITED STATES of America.**

No. 16557.

United States Court of Appeals
Eighth Circuit.

Aug. 2, 1960.

Alphonse J. Lynch, St. Louis, Mo., for appellant.

William H. Webster, U. S. Atty., and William C. Martin, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee.

**UNITED STATES of America, Appellant,**

v.

**Herbert VINCENT et ux., Lorene Vincent, Appellees.**

No. 18397.

United States Court of Appeals
Fifth Circuit.

Nov. 16, 1960.

Philip C. McGahey, Jr., Asst. U. S. Atty., Fort Worth, Tex., W. B. West, III, U. S. Atty., Fort Worth, Tex., for appellant.

Elvin E. Tackett, Fort Worth, Tex., for appellee.

Before RIVES, Chief Judge, and BROWN and WISDOM, Circuit Judges.

PER CURIAM.

In an action under the Federal Tort Claims Act, 28 U.S.C.A. §§ 1346, 2671–2680, arising out of an intersection collision between a United States mail truck and an automobile, the district court entered judgment against the United States in the amount of $3835.14. Its findings of fact are not clearly erroneous. Rule 52(a) F.R.Civ.P., 28 U.S.C.A. The judgment is

Affirmed.

**James Francis HILL, Appellant**

v.

**Correctional Officer GENTRY, U. S. Medical Center, Springfield, Missouri.**

No. 16531.

United States Court of Appeals
Eighth Circuit.

Aug. 3, 1960.

James Francis Hill, pro se.

Edward L. Scheufler, U. S. Atty., Kansas City., Mo., for appellee.

PER CURIAM.

Leave denied to proceed in forma pauperis and appeal dismissed.

**Dave MAYS, Appellant,**

v.

**UNITED STATES of America.**

No. 16565.

United States Court of Appeals
Eighth Circuit.

Aug. 5, 1960.

Dave Mays, pro se.

William H. Webster, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed for want of prosecution.